Nos. 20-1645, 20-1759, 20-1760, 20-1761, 20-1762, 20-1819, 20-1849, 20-2010,
20-2016, 20-3027, 20-3028, 20-3029, 20-3030, 20-3031, 20-3032, 20-3033, 20-3034,
20-3035, 20-3036, 20-3037, 20-3038, 20-3039, 20-3040, 20-3041, 20-3042, 20-3043,
20-3045, 20-3046, 20-3405, 20-3422, 20-3423, and 21-1183

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ILLINOIS COMMERCE COMMISSION, *et al.*, | ) ) | Petitions for review of orders of the Federal Energy |
| *Petitioners*, | ) | Regulatory Commission, |
| | ) | |
| OLD DOMINION ELECTRIC | ) | Nos. |
| COOPERATIVE, et al., | ) | EL16-49-000, |
| *Intervening Petitioners*, | ) | EL16-49-001, |
| v. | ) | EL16-49-002, |
| | ) | EL18-178-000, |
| FEDERAL ENERGY REGULATORY | ) | EL18-178-001, |
| COMMISSION, | ) | EL18-178-002, |
| *Respondent*, | ) | ER18-1314-000, |
| | ) | ER18-1314-001, |
| and | ) | ER18-1314-002, |
| | ) | FERC-171FERC61034, |
| PJM INDUSTRIAL CUSTOMER | ) | FERC-171FERC61035, |
| COALITION, *et al.*, | ) | FERC-163FERC61236, |
| *Intervening Respondents*. | ) | FERC-169FERC61239 |

**Combined Position Statement and
Motion for Voluntary Dismissal of Petitions for Review**

The undersigned petitioners and intervening petitioners, Illinois Commerce
Commission, People of the State of Illinois, New Jersey Board of Public Utilities,
Constellation Energy Generation, LLC, Sierra Club, Union of Concerned Scientists,
Environmental Defense Fund, Natural Resources Defense Council, North Carolina
Electric Membership Corporation, and Public Service Commission of Kentucky
("Movants"), by their counsel, respectfully submit this combined (i) position
statement pursuant to the court's May 1, 2024 order, and (ii) motion to voluntarily
dismiss their petitions for review as moot.

**Position Statement Pursuant to May 1, 2024 Order**

For the reasons set forth in FERC's October 15, 2024 position statement (ECF Doc. 165), Movants agree that these cases are moot and should be dismissed in light of the Supreme Court's October 7, 2024 denial of the Public Utilities Commission of Ohio's petition for a writ of certiorari of the Third Circuit's decision in *PJM Power Providers Group v. FERC*, 88 F.4th 250 (3d Cir. 2023), making that decision final. That decision rejected challenges to FERC's September 29, 2021 notice that a proposed tariff for capacity auctions by PJM Interconnection, L.L.C., which oversees wholesale power markets in particular areas, would take effect by operation of law under § 205 of the Federal Power Act, 16 U.S.C. § 824d. As noted in previous filings in these cases (e.g., ECF Doc. 157 at 2), that tariff superseded a prior FERC-approved tariff for these capacity auctions, referred to as the "Expanded Minimum Offer Price Rule," challenged by that petitioners in these cases. Accordingly, the cases currently pending in this court challenging the Expanded Minimum Offer Price Rule, including the cases initiated by Movant's petitions, are now moot.

**Motion to Dismiss Cases as Moot**

In light of the foregoing, Movants respectfully move, pursuant to Rules 27 and 42(b)(2) of the Federal Rules of Appellate Procedure, for the voluntary dismissal, as moot, of their petitions for review.

October 21, 2024                    Respectfully submitted,

/s/ *Richard S. Huszagh*

KWAME RAOUL
Attorney General of Illinois
Richard S. Huszagh
Benjamin F. Jacobson
Assistant Attorneys General
115 S. LaSalle St.
Chicago, Illinois 60603
*rhuszagh@atg.state.il.us*
*bjacobson@atg.state.il.us*
(312) 814-2587

*Counsel for Illinois Commerce Commission and People of the State of Illinois*

/s/ Jeremy Feigenbaum
Jeremy Feigenbaum
New Jersey Solicitor General
jeremy.feigenbaum@njoag.gov
Paul Youchak
Deputy Attorney General
Department of Law and Public Safety
Division of Law
P.O. Box 112
Trenton, NJ 08625
Tel: (609) 376-3370
paul.youchak@law.njoag.gov

*Counsel for New Jersey Board of Public Utilities*

/s/ Matthew E. Price
Matthew E. Price
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Tel: 202 639 6873
mprice@jenner.com

*Counsel for Constellation Energy Generation, LLC*

3

/s/ Danielle Fidler
Danielle C. Fidler
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
dfidler@earthjustice.org

*Counsel for Sierra Club and Union of Concerned Scientists*


/s/ Megan Wachspress
Megan Wachspress
Greg Wannier
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5500
Megan.wachspress@sierraclub.org
Greg.wannier@sierraclub.org

*Counsel for Sierra Club*


/s/ Ted Kelly
Ted Kelly
Environmental Defense Fund
555 12th Street NW
Washington, DC 20004
(202) 572-3317
tekelly@edf.org

*Counsel for Environmental Defense Fund*


/s/ Thomas Zimpleman
Thomas Zimpleman
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
202-513-6244
tzimpleman@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Denise C. Goulet
Denise C. Goulet
Sean T. Beeny
Randolph L. Elliott
McCarter & English, LLP
1301 K Street, N.W.
Suite 1000 West
Washington, D.C. 20005
(202) 753-3400
dgoulet@mccarter.com
sbeeny@McCarter.com
relliott@mccarter.com

*Counsel for North Carolina Electric Membership Corporation*


 /s/ Matthew F. Kuhn
Matthew F. Kuhn
Solicitor General
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov

*Counsel for the Public Service Commission of Kentucky*

**Certificate of Filing and Service**

I hereby certify that on October 21, 2024, I electronically filed the foregoing Combined Position Statement and Motion for Voluntary Dismissal of Petitions for Review with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which will effect service on other participants in the case, all of whom are registered CM/ECF users.

     /s/ *Richard S. Huszagh*